```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| DOE (P), ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|   v. ) | Civil Action No. |
| ) | 04-2122 (GK) |
| Hon. MICHAEL V. HAYDEN, ) | |
|     et al., ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

On January 27, 2009, a Motions Hearing was held on Plaintiff's Revised Motion to Partially Declassify the Second Amended Complaint [**Dkt. No. 95**]. Upon consideration of the Motion, Opposition, Reply, the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that no later than **February 9 at 5 p.m.**, each party shall file a submission stating whether information must be declassified if it is in the public domain; and it is further

**ORDERED** that Plaintiff shall provide specific citations for each statement in the Second Amended Complaint that he believes is in the public domain.

January 27, 2009

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**