**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DOE (P), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 04-2122 (GK) |
| Hon. LEON E. PANETTA[1] ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff Doe, a former employee of the Central Intelligence Agency ("CIA"), brings this suit against Leon E. Panetta, Director of the CIA; the CIA; James Pavitt, CIA Deputy Director of Operations ("DDO"); and two Defendants Doe, whom Plaintiff identifies as current or former agents, officers and employees of the United States acting under color of Federal law. Plaintiff's true name and address are classified, and therefore he has been allowed to file as "Doe."

Plaintiff initially brought this action under the Privacy Act, 5 U.S.C. § 552a(g)(1), the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 706(1) & 2(A)-(D), the Little Tucker Act, 28 U.S.C. § 1346(a)(2), and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671 et seq. On January 12, 2007, Defendant's Motion to Dismiss

---

[1] Former CIA Director Porter Goss was named as the original lead respondent in this case. Pursuant to Federal Rule of Civil Procedure 25(d), the Court automatically substitutes the current director, Leon E. Panetta, as the new lead respondent.

was granted in part and denied in part [Dkt. No. 43]. This matter is now before the Court on Plaintiff's Motion for Partial Judgment on the Pleadings [Dkt. No. 64]. Upon consideration of the Motion, Opposition, and Reply, the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Partial Judgment on the Pleadings is **denied;** and it is further

**ORDERED** that a Status Conference is scheduled for **May 20, 2009 at 11:30 a.m.** and that the parties shall file a Joint Status Report by **May 19, 2009 at 4 p.m.**

May 11, 2009

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**