UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOE (P), ) | ) |
| Plaintiff, ) | ) |
| v. ) | Civil Action No. 1:04CV02122 (GK) |
| LEON E. PANETTA, Director, ) | ) |
| Central Intelligence Agency, et al., ) | ) |
| Defendants. ) | ) |

## JOINT STATUS REPORT

The plaintiff and the defendants, by their undersigned counsel, hereby respectfully submit this Joint Status Report, as required by the Court's Order of May 11, 2009 (Doc. 113):[1]

1. Remaining Claim

   a. Defendants' statement. The only remaining claim in this action is plaintiff's claim under the Privacy Act, pled as Count II of the Second Amended Complaint. All other claims have been dismissed or otherwise disposed of.[2]

---

[1] Joint footnote: The Court's Minute Order of May 19, 2009, changed the date of the status conference, but did not change that aspect of the May 11 Order that required submission of a status report on May 19.

[2] Footnote by the defendants: The Court's Order of January 12, 2007 (Doc. 42) dismissed Counts I, III, IV, and VI of the Second Amended Complaint, leaving the Privacy Act claim and a Bivens claim pled as Count V. The Court's Memorandum Order of January 6, 2009 (Doc. 103) dismissed the Bivens claim as to former defendant James Pavitt. Although plaintiffs also named "John Does Nos. 1 & 2" as defendants in the Bivens claim, the Court's Memorandum Order of January 5, 2009 (Doc. 102) denied plaintiff's motion to compel the defendant Central Intelligence Agency to accept service on behalf of the Doe defendants, and the time to serve such defendants has now expired. See Fed. R. Civ. P. 4(m).

    b. <u>Plaintiff's statement</u>.  Plaintiff does not concur that the only remaining claim is the Privacy Act claim.  Plaintiff retains viable claims against the Doe defendants, and plans to amend the complaint for interference with First Amendment rights to access the courts for the CIA's refusal to accept service on the Doe defendants.

    2. <u>Pending Motion</u>

The parties concur that one motion currently remains pending before the Court in this case — that is, "Plaintiff's Motion to Reconsider and Vacate the Court's Dismissal of Counts I, III and V on the Grounds that Plaintiff's Claims Are Precluded by the Civil Service Reform Act" (Doc. 65).

    3. <u>Status of discovery</u>

    a. <u>Joint statement</u>.  Plaintiff served interrogatories, requests for production, and requests for admission upon the defendants on March 16, 2007.  Defendants responded on April 18, 2007, providing some of the information requested and objecting to certain aspects of the discovery requests.  No other discovery-related activity has occurred since that time.

    b. <u>Defendants' statement</u>.  Given the above facts, defendants believe that plaintiffs appear to have abandoned discovery.  Significant issues regarding the protection of classified information would arise should the plaintiff attempt to pursue discovery further.

    c. <u>Plaintiff's statement</u>.  Plaintiff has not abandoned discovery, but simply has not pursued it further because of defendants' stonewalling plus improper objection to the properly subpoenaed informant because of legal fees.

    4. <u>Resolution of the Privacy Act claim</u>

    a. <u>Joint statement</u>.  In his Privacy Act claim, plaintiff alleges that defendant CIA failed to maintain records regarding him with reasonable accuracy, in violation of 5 U.S.C.

§ 552a(e)(5), and that the CIA failed to collect information directly from the plaintiff "to the greatest extent practicable," in violation of 5 U.S.C. § 552a(e)(2).

      b.  <u>Defendants' statement</u>.  The parties and the Court may be able to resolve the Privacy Act claim by summary judgment.  Plaintiff's motion for summary judgment should be filed first (given that the plaintiff bears the burden on the merits), followed by the defendant CIA's opposition and its optional cross-motion for summary judgment.  Defendants propose the following schedule:

| | |
|---|---|
| Plaintiff's motion for summary judgment | June 19, 2009 |
| Defendants' opposition (and optional cross-motion) | July 20, 2009 |
| Plaintiff's reply (and opposition to cross-motion) | August 20, 2009 |
| Defendants' optional reply on cross-motion | September 10, 2009 |

      c.  <u>Plaintiff's statement</u>.  Plaintiff does not consent to a summary judgment schedule.

5.  <u>Proper defendant on a Privacy Act claim</u>

Defendants contend that the only proper defendant on a Privacy Act claim is the agency, <u>see</u> 5 U.S.C. § 552a(g)(1), and that the Director of the Central Intelligence Agency should, therefore, be dismissed as a defendant herein, leaving the CIA as the only defendant.

6.  <u>Potential for settlement or alternative dispute resolution</u>

The parties do not see a realistic potential for resolving this matter through settlement or alternative dispute resolution.  The parties do not request referral of this case to the Court's ADR process.

7.  <u>Additional statement by the plaintiff</u>.  The plaintiff has asked his attorney, the undersigned Roy W. Krieger, to seek the Court's permission to represent himself, because of his legal fees.

Respectfully submitted,

TONY WEST
Assistant Attorney General

/s/ Roy W. Krieger

JEFFREY A. TAYLOR
United States Attorney

ROY W. KRIEGER
DC Bar 375754
PALEOS & KRIEGER, P.C.
1250 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Telephone:  (202) 261-3576
Facsimile:  (202) 403-3763
E-mail:  kriegerr@att.net

ELIZABETH J. SHAPIRO
SUSAN K. RUDY
Assistant Directors


/s/ W. Scott Simpson

W. SCOTT SIMPSON
Senior Trial Counsel

Attorney for Plaintiff

United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883, Room 7210
Washington, DC  20044
Telephone:  (202) 514-3495
Facsimile:  (202) 616-8470
E-mail:  scott.simpson@usdoj.gov

Attorneys for Defendants