UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOE (P), | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 04-2122 (GK) |
| HON. LEON E. PANETTA, *et al.*, | : |
| **Defendants.** | : |

### ORDER

Plaintiff has filed a Motion to Reconsider and Vacate the Court's Opinion and Order of January 12, 2007 [Dkt. Nos. 65-66]. He rests his Motion on the ground "that Defendants admit he was a contractor to Defendant CIA and not an employee as contemplated by the CSRA." Mot. at 1. Upon consideration of the Motion, the Defendants' Opposition, the Plaintiff's Reply, and the arguments presented in open court on June 2, 2009, the Court concludes that the Motion should be **denied** for the following reasons.

1.  Motions to reconsider are neither favored nor routinely granted. Reconsideration will be granted, ordinarily, only when "there is an intervening change in controlling law, the availability of new evidence, or the need to correct a clear error or to prevent manifest injustice." Firestone v. Firestone, 76 F.3d 1206, 1208 (D.C. Cir. 1996).

2.  There is no new evidence which was not previously available to Plaintiff. Defendants' Motion to Dismiss, as well as their Answer, referred to Plaintiff as a "contract employee" of the Central Intelligence Agency ("CIA"). See Memorandum in Support of Defendants' Motion to Dismiss the Second Amended Complaint at 3, 15, 27, 28, 31-33; Reply in Support of Defendants' Motion to Dismiss the Second Amended Complaint at 2, 3, 13, 17-18. Plaintiff was

clearly on notice from Defendants' Opposition and Reply that they viewed Plaintiff as a contract employee. Therefore, Plaintiff should have made any argument regarding his status as a contract employee during the process of briefing Defendant's Motion to Dismiss.

3. Finally, in his Opposition to Defendant's Motion to Dismiss the Second Amended Complaint, Plaintiff conceded the CSRA preclusion argument by not responding in any way at all to the Government's position. See January 12, 2007 Opinion at 14-15 concerning the APA claim and 26 n. 17 concerning the FTCA claim.

**WHEREFORE**, it is this 3rd day of June, 2009, hereby

**ORDERED**, that Plaintiff's Motion for Reconsideration and Vacate is **denied**; and it is further

**ORDERED**, that, as to the remaining privacy claim contained in Count II, Plaintiff shall, by July 15, 2009, either reinstitute discovery procedures in this case or file an appropriate dispositive motion. Failure to do this may well result in an ultimate dismissal of this five year old case for lack of prosecution.

      /s/_____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**